CLOSED

***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Macario Esteban-Lopez**

Citizen of Guatemala

USM#: 76190-208 DOB: 1973

# JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed on or After November 1, 1987)

**No. 08-15874-001M-SD**

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A71 601 352

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/16/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY (20) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, June 16, 2008**

______________________________________ Date 6/19/08 ________________

JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:________________________________________

Defendant delivered on __________ to ______________________ at _________________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

________________________________________ By:________________________________________

United States Marshal Deputy Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 6/16/08 CASE NUMBER: 08-15874-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Macario Esteban-Lopez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ________________ INTERPRETER REQ'D Ricardo Gonzalez
LANGUAGE: Spanish

Attorney for Defendant Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 6/12/08 ☒ Complaint Filed ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $__________
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed ____________ ☐ Complaint filed ____________
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ____________
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before ____________
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:

☒ Defendant committed to Bureau of Prisons for a period of TWENTY (20) DAYS ☐ Probation/Supervised Release for ____
☒ Special Assessment $ REMITTED ☐ Fine $______ ☐ Restitution $________

Other: ____________

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Macario Esteban-Lopez<br>Defendant. | CASE NUMBER 08-15874<br><br>**WAIVER OF REMOVAL HEARING** |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 16 day of June, 2008.

X macario esteban lopez
Defendant

[signature]
Attorney for the Defendant

# United States District Court

06/12

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Macario ESTEBAN-Lopez
Citizen of Guatemala
YOB: 1973
071601352
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15874M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about March 4, 2008, Defendant Macario ESTEBAN-Lopez was arrested and removed from the United States to Guatemala through the port of San Diego, California, in pursuance of law, and thereafter on or about June 12, 2008, Defendant was found in the United States near Dateland, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about April 2, 2008, within the Southern District of California, Defendant Macario ESTEBAN-Lopez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Ernesto Aldrete
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

June 16, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Macario ESTEBAN-Lopez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through San Diego, California on March 4, 2008. The Defendant has been apprehended by the U.S. Border Patrol on two (2) previous occasions.

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| 01/25/01 | San Ysidro, CA | 8 USC 1325 | None Found |
| | | 8 USC 1543 | None Found |
| 02/15/08 | Brownfield, CA | 8 USC 1182 Removal Proceedings | Removed |

Narrative: The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Yuma Border Patrol agents near Dateland, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on April 2, 2008.

| Charges: | | |
|---|---|---|
| | 8 USC§1326 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

Signature of Complainant

Sworn to before me and subscribed in my presence,

June 16, 2008
Date

Signature of Judicial Officer

# *Probable Cause Statement*

*I, Senior Patrol Agent Ernesto Aldrete, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Macario ESTEBAN-Lopez

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through San Diego, California on March 4, 2008. The Defendant has been apprehended by the U.S. Border Patrol on two (2) previous occasions.

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| 01/25/01 | San Ysidro, CA | 8 USC 1325 | None Found |
| | | 8 USC 1543 | None Found |
| 02/15/08 | Brownfield, CA | 8 USC 1182 Removal Proceedings | Removed |

Narrative: The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Yuma Border Patrol agents near Dateland, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on April 2, 2008.

*Executed on: June 14, 2008* *Time: 8:42 a.m.*

*Signed:* ______________ *Senior Patrol Agent*

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page, I find probable cause to believe that the defendant named therein committed the offense on April 2, 2008 in violation of Title 8, United States Code, Section(s) 1326 and 1325.*

*Finding made on: Date* June 14, 2008 *Time* 10:02 AM

*Signed:* ______________ *United States Magistrate Judge*